JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| RACHAEL FARROKH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.;<br>and DOES 1-100,<br><br>Defendants. | CASE NO. 8:11-cv-01398-JVS-MLG<br><br>[Assigned to the Honorable James V. Selna, District Judge, Courtroom 10C]<br><br>**JUDGMENT OF DISMISSAL OF DEFENDANT WELLS FARGO BANK, N.A.** |

On October 28, 2011, this Court entered an Order granting the motion of defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo") to dismiss the Complaint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  In accordance with that Order:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.      Defendant Wells Fargo is dismissed from this action with prejudice.

2.      Plaintiff Rachael Farrokh shall take nothing from defendant Wells Fargo.

3.      Defendant Wells Fargo may submit motions to tax costs and to recover reasonable attorneys' fees.  Plaintiff may oppose any such motions, including providing legal authority for her contention that Defendant Wells Fargo is not the prevailing party.

**IT IS SO ORDERED.**

Dated:  February 16, 2012

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action.  I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California  91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] JUDGMENT OF DISMISSAL OF
DEFENDANT WELLS FARGO BANK N.A.**

on all interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

*Counsel for Plaintiff:*

Daniel G. Brown
LAW OFFICES OF DANIEL G. BROWN
91 Avenida La Pata
San Clemente, CA 92673

Tel: 949-892-1100 | Fax 949-892-1500
E-mail: daniel.brown@baslawfirm.com

☒  **FEDERAL:**   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  This declaration is executed in Pasadena, California, on **November 4, 2011.**

| Dorothy Pandy | */s/ Dorothy Pandy* |
|---|---|
| Print Name | Signature |